## UNITED STATES DISTRICT COURT FOR
## THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE: ASBESTOS PRODUCTS
LIABILITY LITIGATION (No. VI)

MDL DOCKET NO. MDL 875

THIS DOCUMENT RELATES TO:
THE CASES ON EXHIBIT "A"

_Declaration in Support of Plaintiffs Consolidated Response to Motions in Limine_

Robert G. McCoy declares as follows:

1.      I am an attorney at Cascino Vaughan Law Offices, attorneys for plaintiffs.  I make this declaration based on my personal knowledge in support of Plaintiff's Joint Response on Open and Obvious Exposure.

2.      Attached as Exhibits are true and accurate copies of the following:

      i.      Ex. 1 - Strawbridge Order denying MILs in Top 10 2/1/2012

      ii.     Ex. 2 - Plaintiffs' Brief on Asbestos Exposure Proximate Causation Law filed 1/27/2012

      iii.    Ex. 3 - Plaintiffs' Amended Brief on Asbestos Exposure Proximate Causation Law filed 2/8/2012

      iv.     Ex. 4 - Plaintiffs' Reply Brief on Asbestos Exposure Proximate Causation Law filed 2/24/2012

      v.      Ex. 5 - Bedrossian CV

      vi.     Ex. 6 - Bedrossian report, Bushmaker case

vii.    Ex. 7 - Frank report, Bushmaker case

viii.   Ex. 8 - Ewing report, Bushmaker case

ix.     Ex. 9 - Edwards report, Gehrt case

x.      Ex. 10 - Kenoyer report, Gehrt case

xi.     Ex. 11 - Garza report, Anderson case

xii.    Ex. 12 - Parker report, Krik case

xiii.   Ex. 13 - Ewing CV

xiv.    Ex. 14 - Kenoyer CV

xv.     Ex. 15 - Garza CV

xvi.    Ex. 16 - Parker declaration, Krik case, 1/25/2012

Dated: March 16, 2012


Robert G. McCoy